(*Supreme Court, General Term, Fifth Department.* October 23, 1891.)

Action by Emma K. Enos against John A. Enos.

No opinion. Judgment and order appealed from affirmed. See **11 N. Y.** Supp. 415.

---

FAHY *et al.*, Appellants, *v.* FARGO, Respondent.

(*Supreme Court, General Term, Fifth Department.* October 23, 1891.)

Action by John Fahy and others against James C. Fargo.

No opinion. Reargument ordered. DWIGHT, P. J., not sitting. **See 17** N. Y. Supp. 344.

---

FULTZ, Appellant, *v.* PAUL *et al.*, Respondents.

(*Supreme Court, General Term, Fifth Department.* October 23, 1891.)

Action by Henry N. Fultz against George Paul and others.

No opinion. Motion for reargument granted. See 14 N. Y. Supp. 4.

---

GORMLEY, Appellant, *v.* GRAND TRUNK RY. CO. OF CANADA, Respondent.

(*Supreme Court, General Term, Fifth Department.* October 23, 1891.)

Action by Michael Gormley against the Grand Trunk Railway Company of Canada.

No opinion. Order granting new trial affirmed, with costs to abide the event.

---

GREEN, Appellant, *v.* WATSON, Respondent.

(*Supreme Court, General Term, Fifth Department.* October 23, 1891.)

Action by Lawrence Green against Henry W. Watson.

No opinion. Motion for leave to appeal to court of appeals denied. See 14 N. Y. Supp. 820.

---

HASTINGS *et al.*, Appellants, *v.* ÆTNA INS. CO., Respondent.

(*Supreme Court, General Term, Fifth Department.* October 23, 1891.)

Action by Joseph W. Hastings and others against the Ætna Insurance Company.

No opinion. Judgment appealed from affirmed.